**STATE of Missouri, Respondent,**

**v.**

**Daniel K. OGLESBY, Appellant.**

**No. ED 83068.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 16, 2004.

Nancy McKerrow, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa M. Eaton, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Defendant, Daniel K. Oglesby, appeals from the judgment of conviction, after a jury trial, of statutory sodomy. The trial court sentenced defendant to a one-hundred-year term of imprisonment, to be served consecutively to the sentence he was then serving.

We have reviewed the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25.